Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

HOUSTON Division

United States Courts
Southern District of Texas
**F I L E D**

**AUG 1 1 2022**

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Gyanendra K Patra | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| Schlumberger Technology Corporation, | ) |
| Tritico Rainey PLLC | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

Case No. 4:22-2722
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Gyanendra Patra |
| Street Address | 5022 Big Meadow Lane |
| City and County | Katy, Fort Bend County |
| State and Zip Code | Texas, 77494 |
| Telephone Number | 732 801 8983 |
| E-mail Address | gpatra@gmail.com |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Schlumberger Technology Corporation |
| Job or Title *(if known)* | c/o Capitol Corporate Services, Inc.(Registered agent ) |
| Street Address | 206 E 9th St., Suite 1300, |
| City and County | Austin, |
| State and Zip Code | Texas 78701 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Christopher L Tritico, Tritico Rainey PLLC |
| Job or Title *(if known)* | |
| Street Address | 1523 Yale Street |
| City and County | Houston, Harris County |
| State and Zip Code | Texas, 77008 |
| Telephone Number | (713) 581-3399 |
| E-mail Address *(if known)* | ctritico@triticorainey.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Schlumberger Technology Corporation |
| Street Address | 200 Gillingham Ln, |
| City and County | Sugar Land, Fort Bend County |
| State and Zip Code | Texas 77478 |
| Telephone Number | (281) 285-8500 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Multiple Dates. See Attached Original Complaint with itemized list of events.

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race    _____

☐    color    _____

☑    gender/sex    _____

☑    religion    _____

☐    national origin    _____

☑    age *(year of birth)*    1975    *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*

Multiple Fractures on Feet and ACL Knee Injury ( Left L

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See Attached Original Complaint.

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

July 18, 2020

_____

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)*   05/13/2022          .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attachment for details

Including medical expenses covering past, present and future treatments, compensatory damages and punitive damages, in an amount not less than $75,000,000;

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/11/2022

Signature of Plaintiff            _____

Printed Name of Plaintiff       Gyanendra Patra

### B.        For Attorneys

Date of signing:          _____

Signature of Attorney           _____
Printed Name of Attorney      _____
Bar Number                         _____
Name of Law Firm                _____
Street Address                     _____
State and Zip Code                _____
Telephone Number                _____
E-mail Address                     _____

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---------------------------------------------------------------------------------------------------------------------------------

# UNITED STATES DISTRICT COURT

For the

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | |
|---|---|
| Gyanendra K Patra, | Case No: _____ |
| *Plaintiff.* | |
| -V- | |
| Schlumberger Technology Corporation, Tritico Rainey PLLC, | Complaint And Jury Demand |
| *Defendant.* | |

## Plaintiff's Original Complaint

Plaintiff Gyanendra Patra ("Plaintiff") brings this action against Defendant Schlumberger Technology Corporation ("Schlumberger" or "the Company"). Schlumberger is the largest oilfield services company in the world, earning more than $30 billion in revenue each year and providing services on hundreds of oil rigs in North America alone.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---------------------------------------------------------------------------------------------------------------------------------

Plaintiff, Gyanendra Patra who was employed as a Digital Avatar Architect in G14

Grade from March 7, 2019 till September 23, 2019; brings this action under Title VII of

the Civil Rights Act of 1964 as amended and the Americans with Disabilities Act (ADA)

to remedy the discriminatory actions and subjected to different terms and conditions

of employment due to his disability, age, race, national origin, sex and in retaliation for

opposing such unlawful actions.

## I.   INTRODUCTION

1. I began working for Schlumberger as a Digital Software Architect on March 7, 2019

   reporting to Clare Schoene (Caucasian American Female) and Obinna Illochonwu

   ("Obi" is an African Male). Right from the beginning, I experienced intimidation,

   harassment, retaliation and sexual behavior from Clare and Obi, which Bianca (HR)

   condoned. After talking to Bianca, I got the impression that Schlumberger encour-

   ages different types of sexual relationships between employees. This type of culture

   is quite opposite to most companies. Just because I questioned Bianca, Clare and

   Yan about some of the illegal activities at workplace during the orientation, Clare

   abused her authority to retaliate by asking me to give up my own office privilege

   and move to a tiny guest area to sit along with the interns and junior members.

   Clare continued, "I need a lot of help from you. That's the reason I hired you. I am

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

-----------------------------------------------------------------------------------------------------------------------------

glad that you joined the team. I go to bed at 10:30 pm sharp and wake up in a different room. I am from California. I lead a hipster lifestyle. My husband and I are ok with it. I do my own stuff and he does his stuff. We will make out some time to go for lunch, happy hour and dinner. We will even plan for some weekend getaways." I was surprised by the level of personal details and her overly friendly attitude so quickly towards me. I became a little concerned of her intentions and decided to be alert about the situations inside the company. Further Bianca added "Anything that happens here should remain here only. Clare is junior to you and use her the way you want." She was indicating about variety of sexual and possibly human trafficking activities.

2. Gradually, I discovered that Clare was being very secretive about her meetings inside the office. When I raised Obi's hostile and retaliatory behavior towards me with Clare, she started saying - "can you work with Obi?" From that day onwards, Obi started asking Clare to leave the meetings so that he can abuse me when nobody was watching. However, I kept informing Clare about Obi's behavior both verbally and maintained a log of incidents. Towards the month of June 2019, I wanted to raise this issue with HR, but Clare persuaded me from doing that by saying, "Don't do that. You will be in deep trouble. Obi is very powerful. He is French speaking. He is very close to Yan." Running out of options, I remained mostly silent.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---------------------------------------------------------------------------------------------------------------------------------

However, I decided to send Clare some emails to keep a record stating, "You are

loosing your credibility due to your unprofessional attitude. My work is getting af-

fected. I am losing sleep at home. This is not what I expected from this environ-

ment."

3. As my father passed away on April1, 2019, I had to visit India on April 8, 2019 to at-

tend the rituals. After returning, Clare and Obinna continued their retaliatory ac-

tions by asking me to work extremely hard without caring for my exhaustion and

mental state after losing my father. Heavy workload and fatigue from travel and

loss of father took a heavy toll on my health. This led to a severe accident and I

broke my leg on April 18, 2019.  I had to go thru a major surgery in May, 2019. Be-

cause of which, the doctor advised me to be completely homebound for at least 4

months to avoid any side effects to my knee. But right from day one after the sur-

gery, Obinna and Clare started insisting on me to be in office. This put my recovery

at risk which I have not recovered yet. As per doctor, **I will never be normal for rest**

**of my life.**

4. When retaliation in varieties of forms became unbearable, I asked Clare if I could

take disability leave and requested that she transfer me to a different department.

Instead of granting me, and fearing that I would contact law enforcement agencies,

Clare became very flirtatious and sexually suggestive towards me. I felt like Clare

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---

was trying to seduce me into doing what she wanted me to do. Clare started saying

things like, "When I was young, my dad used to bring girls home. Sometimes two

girls together. Me and my sister used to make fun of him saying - why do you bring

wine only when you bring girls home."

5. Because of Clare's manipulative behavior and Obi's constant bullying behavior, I

started going to the office for two or three hours, with extreme difficulty, towards

the end of June 2019 while I was on my crutches and scooter keeping my left leg el-

evated all the time as per Doctor's advice to reduce any side effect. I was hurt 2

times in the office. Several times, Obi made me stand, for over ninety minutes dur-

ing the meetings, intentionally when I was on crutches. Due to that, I developed

complications which required me to make emergency visits to the doctor's office at

least three times.

6. Before going for a vacation for almost 10-15 days on or about July 4, 2019, Obi and

Clare asked me to be at the office all day which I had no choice but to oblige. On or

about the month of September 2019, I decided to discuss what was happening to

me with HR and other senior executives, with the hopes that they would allow me

to move to a different group or team. Realizing that I was insisting on changing

teams, Clare said "You can speak to Obi or Yan. But they will not grant it. Your

chances of group transfer is higher after 3-4 years. You have to wait for that or you

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---------------------------------------------------------------------------------------------------------------------

can leave if you want." When I asked why she was asking me to leave, Clare replied

with "I am a girl, I have some needs." I took her comment to mean that she was in-

dicating to me that she wanted to have sex with me. However, I didn't have sex

with her and she wanted me out of there.

7. I drafted an email to Clare on or about September 10, 2019 and requested four days

of leave to decide. Fearing that the matter had reached a breaking point, Clare for-

warded that email to HR. Bianca then conducted an in-person interview with me. I

explained all the details including Obi's oppressive attitude, Clare's unnatural be-

havior etc. Some of the questions Bianca asked were: "Do you think Clare is having

any relationship with Obi or anybody else? You are not there in the office for so

long due to your surgery".

8. Upon return from my leave on or about September 23, 2019, Yan and Bianca called

me into their office. They terminated my employment. Yan said " You are a very

senior person. You will not have any issues in finding another job. **In order to avoid**

**any lawsuits**, we are letting you go. Clare is being warned for her behavior."

9. Post termination, I reached out to several executives and other members of the

team to find out the real reason. I discovered that HR and some management indi-

viduals were trying to cover up the matter by hiding facts and misleading many em-

ployees by spreading rumors to defame me, my family and damage my reputation.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

------------------------------------------------------------------------------------------------------------------------

Even Roseanne ( Head Of HR ) reached out to me to issue a threat cautioning me to

not interact with anyone or share any of experience with anybody otherwise I will

face consequences.

10. Running out of options, I informed many executives of next course of action to file

discrimination charges with EEOC. Upon hearing my EEOC action, the in-house

counsels of Schlumberger used their business partner Tritico Rainey PPLC to file a

cease and desist case in Fort Bend County District Court to intimidate me in execut-

ing my civil rights. They used many fraudulent means to frame the charges which

was termed illegal by appeals court in December 2020.

11. The conduct of the company, outlined above, violates federal law protecting em-

ployees from discrimination. I believe that I was discriminated and subjected to dif-

ferent terms and conditions of employment due to disability, my age, race, national

origin, sex in retaliation for opposing such unlawful actions in violation of Title VII of

the Civil Rights Act of 1964 as amended and the Americans with Disabilities Act

(ADA).

## II.  PARTIES, JURISDICTION, AND VENUE

12. PLAINTIFF Gyanendra Patra was an employee of Schlumberger from March 2019

until termination on September 23, 2019. Mr. Patra has been having his primary

residence in Katy, TX (Fort Bend County, Texas) since 2006.

13. DEFENDANT SCHLUMBERGER TECHNOLOGY CORPORATION (NYSE: SLB) is an inter-

national oilfield services company headquartered in Houston, Texas that employs

more than 100,000 professionals worldwide. At all relevant times, Schlumberger

was Plaintiff's employer within the meaning of all applicable federal statutes and

regulations. Defendant may be served through its registered agent for service of

process, Capitol Corporate Services, Inc., 206 E 9th St., Suite 1300, Austin, Texas

78701.

14. This Court has subject matter jurisdiction over Plaintiff's Title VII claims pursuant to

28 U.S.C. § 1331.

15. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and 42 U.S.C. §

2000e-5(f) because Defendant conducts substantial business in the Southern Dis-

trict of Texas, and because, upon information and belief, unlawful employment

practices originated in this District.

16. Plaintiff duly filed his administrative charge before the U.S. Equal Employment Op-

portunity Commission ("EEOC") on July 18, 2020 and received a Right to Sue letter

on May 13, 2022.

17. Original Charge Of Discrimination and Right To Sue Letter attached.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

-----------------------------------------------------------------------------------------------------------

# III.   PLAINTIFF's FACTUAL ALLEGATIONS

## A. At work Discrimination using retaliation as a tool to harass and intimidate

1. On March 21, 2019 - After receiving a very cold response to Clare's initial overtures of maintaining a relationship, and me questioning the motives behind Bianca's ( HR Manager ) advice to maintain privacy saying "Whatever happens here should remain here. Nobody outside should know anything about it ", Clare resorted to retaliatory tactics by abusing her power to harass me by asking me to move my office to sit along with interns. I believe she did it intentionally to harass me knowing very well that there is no additional desk and chair to sit and work.



Pro Se 1 (Rev. 12/16) Complaint for a civil Case

----------------------------------------------------------------------------------------------

2. On April 1, 2019 – I received the call from my mother that my Dad passed away

3. On April 5, 219 – I requested for 9 days of vacation to attend the funeral and rituals. Clare asked me if I can work form India while attending the 10-12 days of mourning rituals along with family members and relatives.



4. On April 15, 2019 – I returned from India with completely exhausted post-midnight. Clare had scheduled a mandatory in-person meeting at Office under the instructions from Obinna at 8 AM (less than 4 hrs. after my arrival in Houston after a 30 hrs. flight).

5. On April 16, 219 – I notified Clare of being exhausted and requested for sometime to reset myself physically and emotionally.  However,  she denied that request asked me to be present in office on-time from morning 7.30 till 5.30 to cover up my lost time. This was contrary to the written policies and procedures for workplace safety and work life balance. I believe she and Obinna were intentionally harassing me with evil intentions to cause harm and stress.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------------

6. On April 18, 219 – Being completely exhausted with work, I wanted to have separate discussion with Clare. I told her to use the weekend for complete rest without any work. However, the extreme level of physical exhaustion and lack of sleep for almost 12-15 days, I collapsed causing severe damage to my left leg.

7. On April 19, 2019 midnight – My wife admitted me to Memorial Hermann Hospital in Katy, TX. I underwent variety of tests to eliminate heart attack. The Doctor determined a severe fracture on my left feet with 3 out of 5 metatarsal bones completely broken. Further, the doctor said, **"you should not have stretched yourself so much. You should have taken enough rest. Lack of rest caused this."** He further advised and referred me to consult orthopedic surgeon for rest of procedures.

8. On April 21, 2019 – I notified Clare about the fracture and expressed what doctor said **"Extreme Stress and Lack of Sleep"** and sent the picture of my leg as a proof via email. I also mentioned about the heavy dosage of pain medication which I was taking to manage excruciating pain. Those medications were making me extremely drowsy all the time hampering daily activities and making it impossible to move out of bed.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

----------------------------------------------------------------------------------------



9. On April 22, 23, 2019 – Knowing my extreme drowsy situation due to medications and fractured leg, Clare asked me to work from home. I had no other choice but to continue working from home and attend all meetings uninterrupted. By the mean-time, my wife helped me scheduling the Orthopedic Surgeon visit for April 24, 2019. I kept Clare and Obinna informed about all of treatment activities.

10. On April 24, 2019 – Knowing my inability to move and extreme health condition, Clare still insisted to come to office otherwise I will lose my salary. I had no other choice than asking my wife to drive me while me lying on the rear seat with legs stretched. It was surprising that Clare was insisting me to walk into the office which I denied and expressed my inability and insisted to be in parking lot inside my car.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------

So she came to parking lot to sit besides me in the rear seat to just to spend time to

fill the timesheet while my wife was standing outside the car for almost 1 hour.



11. On April 30, 2019 – She kept on insisting me to come to office while I was taking

pain medications which was causing extreme drowsy situation to put me severe dan-

gerous situations to my health and impacting my life. However, I kept requesting po-

litely to allow me to work from home while doing my best to recover myself as soon

as possible.



12. On May 9, 2019 – While she was insisting me to come to office, I decided to send

the X ray images of broken feet for her and other management persons to realize the

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------------------

severity of the situation. I kept requesting politely to allow me to work from home

while doing my best to recover myself as soon as possible.





Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------------



13. On May 15, 2019 – Fed up with repeated asking to come to office, I had to decline the meeting.



14. On May 21, 2019 — To avoid further aggravation and contain pain I had to request to work from  home and postpone lunch request.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

-------------------------------------------------------------------------------



15. On May 30, 2019 – Update Clare about the Doctor Visit and also informed that I started using the scooter to have some level of mobility. But she again insisted to come to office.



Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---------------------------------------------------------------------------------------------------------------

ve   Junk   Rules   Read/Unread Categorize Follow    Filter    Address Book   Send &
                                              Up      Email                   Receive

By: Date Sent ⌄

### RE: Today's meeting was bad

Design and...   6/20/19

**GP**  Gyanendra Patra <GPatra2@slb.com>       Wednesday, June 19, 2019 at 6:55 PM
        To:  Clare Schoene

was bad          6/19/19
core paragraph.. ( add...          This message is flagged for follow up.

Let me rephrase more core paragraph.. ( adding one more event/action/outcome )

                 6/19/19     I just wanted to clarify what I mentioned with sugar-coating words to you when we talked over phone earlier today. This type
when this discussion st...     of discussions opens up huge pandora's box addressing the problems and the way we are addressing. If we follow this type of
                               route – I am sure we will keep on debating And I don't who is in charge to make the call. Seems like definitely I am not! Just
                               pondering over the way it started – I am just getting in... meeting is wrapping up ... everybody is leaving... Obi asking me if I
s bad          6/19/19         have any updates ... before even I share my updates ...u prompting/hinting Obi to bring the problem ( I don't know where what
d to clarify what I men...     problem was discussed in my absence) ... and Obi started the discussion ...hence loosing the complete background ... ). Was
                               blocking the doorway – hence u could not leave...4-5 mins into discussion, Obi asking me to make way for you to leave –
                               saying you have other meetings to attend... which I obliged and u left. Discussion continued .... And I am in the spot to answer
                               all questions with an impromptu debate.  And ultimately getting tired by giving up to postpone the discussion.
: Bowling      6/19/19

                                                          Schlumberger-Private

karma' gaffe...   6/18/19   **From:** Gyanendra Patra
e! The thing is - inclusi...   **Sent:** Wednesday, June 19, 2019 5:04 PM
                               **To:** Clare Schoene <CSchoene@slb.com>
                               **Subject:** Today's meeting was bad
Architecture...   6/17/19
                               Hi Clare:

                               I just wanted to clarify what I mentioned with sugar-coating words to you when we talked over phone earlier today. This type
wrapper in th...   6/17/19     of discussions opens up huge pandora's box addressing the problems and the way we are addressing. If we follow this type of
g the use case, there...       route – I am sure we will keep on debating And I don't who is in charge to make the call. Seems like definitely I am not! Just
                               pondering over the way it started – I am just getting in... meeting is wrapping up ... everybody is leaving. Obi asking me if I
                               have any updates ... before even I share my updates ...u prompting/hinting Obi to bring the problem ( I don't know where what
na' gaffe was...   6/16/19     problem was discussed in my absence) ... and Obi started the discussion ...hence loosing the complete background ... ) and I am
nce that this story ( al...    in the spot to answer all questions with an impromptu debate. And ultimately getting tired by giving up to postpone the
                               discussion.

                               Bad experience. May be this is how it works here 😊 I am adjusting.

                               Sorry. Cant resist without expressing this.

                               -G

                                                          Schlumberger-Private

18.On June 21, 2019 – I expressing explicitly in written format via skype to Clare about

the continuous ill treatment meted out to me while expressing my position.

**Gyanendra Patra 8:29 PM:**
The problem ...  too many multi directional communications going on .... soemtime i am gettign vaught
off guard
**Gyanendra Patra 8:29 PM:**
*caught
**Clare Schoene 8:29 PM:**
Yes I can see that now
**Gyanendra Patra 8:30 PM:**
this is ok.  I am bringing myself down to the realities of being bottom most in food chain ...
**Clare Schoene 8:30 PM:**
Please don't assume that this is the way it works. As a team we are still working out how to best work
together
**Clare Schoene 8:30 PM:**
So there is room for improvement for sure
**Gyanendra Patra 8:31 PM:**
As i said ... i am  making adjustments ....  for perosnal problems :)

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------------------

**Clare Schoene 8:32 PM:**
Well as a team we can work on fixing the communications from all directions

**Gyanendra Patra 8:33 PM:**
Foundational problem --- Mehul and team knows - who takes decisions. And they play their game

**Gyanendra Patra 8:34 PM:**
Anyways - dont worry. I will make it work ...

**Clare Schoene 8:34 PM:**
It is not meant to be a game

**Gyanendra Patra 8:34 PM:**
I cant change even 1% being the botto most on the food chain ....

**Gyanendra Patra 8:35 PM:**
I will change/adjust myself to make make everybody happy ....

**Clare Schoene 8:35 PM:**
I feel like that will not be the best way for this all to work out in the long run

**Gyanendra Patra 8:36 PM:**
what u want me do then?

**Clare Schoene 8:36 PM:**
Well let me see what I can do

**Gyanendra Patra 8:36 PM:**
Ok. Lets coem to the point.

**Clare Schoene 8:36 PM:**
It was not my intention to have you be the bottom of the food chain

**Gyanendra Patra 8:43 PM:**
Thats what is more frustrating .. because i need to oblige to Obi and thats my task list.

**Gyanendra Patra 8:45 PM:**
I think - u cant fix this.  Its a mater of time to establish myslef ... so that he leaves me alone ... than inte-ferrign in details - specifically whnever he has time ...

**Gyanendra Patra 8:45 PM:**
This is a toughtewr problem.. I think i have anticipated from besginning.. when i saw dotted line in my offer letter.

**Gyanendra Patra 8:46 PM:**
Now - if i take easy route ... make myself in good books with Obi .... which i can do it... but product will suffer ...

**Gyanendra Patra 8:46 PM:**
which is ur call

**Gyanendra Patra 8:47 PM:**
delivery will not be my responisbility ... i will tilt myself towards Obi ... sing the same lnaguage what Obi wants to hear .... easy

**Gyanendra Patra 8:47 PM:**
My job becomes super easy.

**Gyanendra Patra 8:49 PM:**
There is politics .... which i hate to core ... and try to stay away from as much as possible ... unfortunately this is what it is ...

**Gyanendra Patra 8:49 PM:**
brb .... need to go to rest room ...

**Clare Schoene 8:51 PM:**
I don't like politics either.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------------

**Clare Schoene 8:53 PM:**
So you don't think there is a way to work with Obi and build a good solution? He is too set in his plans to generalize everything and you don't think he can be convinced to be reasonable with requests for generalization?

**Clare Schoene 8:53 PM:**
So we can focus and build something good/

**Gyanendra Patra 8:56 PM:**
I can work with nay damn person... rest assured ...

**Clare Schoene 8:56 PM:**
:D

**Clare Schoene 8:58 PM:**
Well I do think culturally SLB has a way of making software and it is most likely not efficient nor does it result in the best product.

**Clare Schoene 8:59 PM:**
So bringing in fresh ideas from outside was meant to help break out of that a bit but I see that it is hard to change culture.

**Gyanendra Patra 8:59 PM:**
i also have 24 hrs .. have my other interests - where i want to save time to focus on ... some are related .. some are not .. though technology is the common ground ... when politics and impressing somebody becomes a very time cosuming task ... you know what happens :)

**Gyanendra Patra 9:00 PM:**
Its called dragging

**Clare Schoene 9:00 PM:**
yes

**Clare Schoene 9:00 PM:**
life is too short to waste time on politics

**Gyanendra Patra 9:01 PM:**
Anyways ... dont worry. I will make things happen.

**Clare Schoene 9:01 PM:**
well of that I am sure

**Gyanendra Patra 9:01 PM:**
Soem tough posturing is key to get things done.

**Clare Schoene 9:01 PM:**
but I will see what I can do from my side as well

**Gyanendra Patra 9:02 PM:**
Thank you.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---------------------------------------------------------------------------------------------------------------------

16. On June 19, 2019 – Apprehending danger, I declined Team Outing because of the

ongoing harassment and pushing me into hazardous situations intentionally by mis-

treating.



17. On June 19, 2019 –  Obinna mad me stand for over 90 minutes during the meeting

intentionally while I was on crutches. I developed severe pain which made me to

rush to hospital for a checkup. Doctor detected a problem in knee but suggested to

follow up with additional tests later after the feet is recovered. Clare used to insist

not to put anything related to injury or safety related things in writing to avoid any

legal issues afterwards.  However, I decided to let Clare know cryptically in a mail to

keep track of the incidents.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

------------------------------------------------------------------------------------------------



19.On June 28, 2019 – Declined Team Lunch with interns to avoid further embarrass-

ment and escalation of defamation in front of juniors. I was expecting danger to my

physical safety



20.On July 15, 2019 – Obinna started shouting at me for no reason during a team meet-

ing. I was on my crutches. Running out of patience, I responded to Obinna saying "

You cannot shout at me like this. I won't tolerate this type of behavior further". He

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

-------------------------------------------------------------------------------------------------------------------------

immediately left the room and asked me to follow him to his office for a reprimand.

While I was getting ready to follow him with both the crutches, notebook and laptop

in my hand ( an impossible task to do ), he asked me to hurry up saying " Be quick".

I hurt myself severely on my knee. He shouted at me saying "Your fracture is your

problem. You accepted this job. You need to finish. I don't care how you do it."

Running out of options, I decided to send an email to Clare cryptically stating facts

while being professional and hiding my pain. I sent it using my personal email. Be-

cause Clare has been asking me not to put anything in official email. However, it was

so unbearable that I had no choice but express it using personal email address.


**Gyan Patra** <gpatra@gmail.com>                                    Mon, Jul 15, 2019 at 10:18 PM
To: cschoene@slb.com

Dear Clare:

How are you?  Didn't want to send at this time of the day.

Whatever is going on is not good for us in the long run for the team. It will be hard and balancing work defi-
nitely for you which I appreciate very much. I will help whichever way I can.

One thing I have been thinking from your consistent comment ( may be this is what u are perceiving hence
expressing ) - that I am not able to communicate properly to convince. Do you still think this is what i need
to address? Because this is my first non tech company that I am working where majority of people are
deep rooted traditional with their own conviction and way of working and me a novice without any of those
cultural background - hence becoming handicap and put to test. I am happy to address this in a time
bound manner for the sake of proving.

Other aspect is - we have two architects in the team and me is being pushed over to other side consist-
ently. And there is an inherent agenda which I can spell out loudly. And all of those agenda leads towards
failure and Product will definitely suffer so as ur credibility. I will try to avoid and I am trying my very best by
adjusting my efficiency and by going double drive.

Btw, this needs another round of serious discussion. I don't want to see a repeat of this.

Hope you understand. Writing this because I do care for you!

Sent from my iPhone

Pro Se 1 (Rev. 12/16) Complaint for a civil Case                                    :

--------------------------------------------------------------------------------------------------------------------------

21. On July 19, 2019 – Running out of options and lack mobility inside office, I started

avoiding to give myself space to think about my next steps. But kept on maintaining

professional calm and demeanor by not giving them any chance to kick me out. As

she had mentioned or hinted that If you don't fall in line with their style of working,

then they will kick me out and replace with a French guy as Yan doesn't like Indians.

You are only here because Yan wanted to please his Boss (Chetan Desai).



22. On July 30, 2019 – Harassment and retaliation tactics just became so much that I lost

sleep. And impacted my recovery process.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---------------------------------------------------------------------------------------------------------------



24. On August 26, 2019 – Clare and Obinna And Yan were in extremely distressed situation due to some incident (Possibly illegal and sexual event which is very common inside the company by some of the executives abusing their power ), Clare was very distressed. She was under extreme stress running from one end to another end. I was very scared. Being disabled, I was confined to my room only. I thought of calling the police. But fearing retaliation, I did not. She cancelled my weekly meeting. But I requested to reschedule to discuss about " what's going on?"

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

----------------------------------------------------------------------



25. On September 4-5, 2019 – Apprehending some kind of serious matter, heavy mo-

ment of unknown people inside the company, lot of closed-door meetings and Clare

avoiding all team meetings. I was concerned about the next scheme of things they are

hatching. I decided to take an official break to ponder over my next steps for Sep 17,

18, 19, 20 as vacation.



Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------

I always wanted the impossible with you – a superb working and personal relationship ( rapport ) – filled with respect for each other, with utmost trust while contributing to each others goal – standing for each other, enriching each others life - both professional and personal. This means a lot to me. I know this is easier said than done. But believe me - after seeing so many places, in different parts of the country with varied work culture - coming from valley where boys and girls started mistrusting each other after the mee-too movement – I thought I am escaping that at the right time. Even after several months – we are in no better situation - even in houston. I thought – a girl with California roots and Boy with Valley experience can make many impossible possible! I still believe it. I am sure you do too!

Sometimes, your actions and reactions are getting me into a confused state – when to take your "No" as "absolute No" or rectify to "try differently".

Can I request you - please don't put me to test for certain things?

Btw, my wishes were still not expressed. Hoping for an opportune time sooner to express it before it is too late.

Good Night. Possibly speaking with you tomorrow!

Best Wishes,
Gyan

--------------------------------------------------------------------------------

My dear Clare:

I need a break to work on my next steps. Please help me to get out of this situation. I will do whatever possible so that ur season goals and whatever things entrusted upon you are met so that u achieve ur personal career objectives.

Let me take care of myself.

Hope you will oblige to this wish.

We will be friends inside slb or outside.

Talk to u tomorrow!

Bye,
G

Thanks,
Gyan

--------------------------------------------------------------------------------

Btw, I almost escaped from a serious accident while coming home.

Thanks,
Gyan

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

------------------------------------------------------------------------------------------------------------------------

Also I am realizing that - u are better off today than 6 months back. Anyways - u feel much ease to work with others than me. u probably don't need one architect as you all can take many decisions collectively. So my void will not be felt immediately. So all of your India Vishal and project goals and year end goals etc will not be much impacted. This is just from a friend and concerned colleagues assessment- going forward for you.

Note- I may skip tomorrow's day. Will let you know tomorrow morning.


Planning to meet some of the seniors whom I know here @slb in next couple of days before taking a plunge.

Clare : I feel this decisions will be better for everyone. What do you think? As a friend and well wisher?

Our personal and professional lives are getting mixed up so as our expectations - which is the primary reason for this frequent arguments and misunderstandings. Moreover you are at best what u are doing and know the oil and gas culture well as u have been thru it at a single Place more than what I have been. U are more Texan than me. Know how to manage expectations of higher up and have lot of confidence in managing people. U know very well how to make ur own way out. I think we ( specifically me ) put into a complicated situation - juggling between responsibilities of private and public discussions with you and everything that comes with assumptions and deliverance.

One advice I will give ( including to myself ) - next hire don't mix things up. Keep that distance - so everything remains professional.

What do you think?

Can't sleep tonight it seems.

Thanks,
Gyan


Do that right from beginning. So things remain crystal clear.

Thanks,
Gyan


27. On September 12, 2019 –Requested Clare for two meetings to discuss about Short

Term disability leave which she agreed. During the meeting she mentioned "You can

ask Obi or Yan for all those. But they wont grant you. They want you to leave the

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------

company. However, Yan favors only French people. So don't take it to other management people. It will severely backfire on you.

28. On September 13, 2019 – During the last in-person meeting with Clare and Mehul

    a. Clare was visibly red and extremely stressed out due to some unknown

    b. She was fumbling severely while speaking.

    c. She was very mentally disturbed.

    d. During the meeting, Obi walked into the conf room and made a comment to her "You handle it. I am leaving for home."

    e. Obi further added indicating me – "He is very passionate and need to learn tough lesson angrily" and left banging the door from behind.

I was very nervous about Obi's behavior. Was very much fearful if he will do nay physical assault. Because he has forced me into that type of situations indirectly earlier due to which I have

    f. Developed complications in my surgery.

    g. Surgeon has detected ACL injury due to that event.

29. On September 16, 2019 - During meeting with Bianca asked

    a. Why do you want to leave.

    b. Why didn't you go with Clare? (Indicating to give-in to her advances )

    c. Does your wife know about all these?

    d. Do you think Clare does the same tricks with Obi and Yan and others? (sexual advance)

    e. I believe these questions were meant to know my willingness to give-in and judge how much I know about internal culture of Sclumberger.

    f. She was not willing to listen any of Obi's hostile behavior. But I had to keep telling her at least 10 times.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

----------------------------------------------------------------------------------------------------------------

      g.  She was trying to put blame squarely on Clare.

      h.  However, I tried to say – "I believe Clare is going thru family issues. Some people are probably trying to exploit her personal situation to their advantage."

30. On September 23, 2019 – Yan and Bianca terminated giving a reason that you are very senior and can find another job very easily. However, they didn't give any reason for the termination.

## B. Discrimination to covering up wrongful termination

31. After termination, I reached out to many senior executives including Chetan Desai, Amit Lodh, Yan Kuhn, Rajat Sud and many members of the team and department to find out more about the incidents relating to my termination.

32. October 5, 2019 - October 7, 2019 : During a conversation with Mehul Yasminkumar (Mehul) mentioned that – "Yan and HR have asked everyone not to talk to me or share any information with me about the happenings of the company". He also further states that "everyone is scared about the ongoing incidents" and expressed that "there is so much hush-hush about some incidents which they want to cover up. Nobody knew that u have left for a long time"

33. October – November 2019: I was very scared as many members of the team were looking at my LinkedIn profile and trying to connect with me. I even received invitations to connect with people with whom I have never met or worked with. This was clear evidence that company has spread rumors or defame me socially and professionally.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------------------------

34. October 16, 2019: I received a call from Yan Kuhn (Department Head) and Roseanne

Bernstein (Head of North America HR ). They threatened me with consequences if I

get in touch with anyone in the company or reveal any information regarding my

termination to anyone. She even threatened me to kick me out of the country if I

take any legal steps or inform EEOC. She further hinted create lot of trouble by put-

ting me in jail if I do so.

35. On October 16, 2019: Me and My family were very scared and I decided to talk to

Rajat regarding this. He advised me to forget everything and move on. Many things

happen in this company which they never learn(accusing management ). He cau-

tioned me saying "don't take any action. Just forget and move on with life. Com-

pany knows how to create trouble and will not hesitate to spend lot of money and

use their wide network of vendors, business partners and lawyers to frame fraudu-

lent charges which you can not afford. So stay away from them as much as possi-

ble"

36. On Dec 19, 2019: I sent a note to Rajat Sood expressing my desire to file with EEOC

to exercise my rights.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

------------------------------------------------------------------------------------------------------------

> Gyan Patra (He/Him) 10.36 PM
> Hi Rajat: I hope the restrictions are not imposed on you not talking to me. :)  Just joking. Whenever you are free, we can always plan for it. BTW, i can understand completely the present situation and the climate.
> Gyan Patra (He/Him)  10:42 PM
> However, I haven't forgotten whatever happened to me at all. I am in a wait and watch mode at the moment. I have talked/consulted extensively with my trusted advisors in the last 2 months or so including a couple of people from my sources in the Department of Labor at the State of Texas and Federal Govt.
> Gyan Patra (He/Him)  10:44 PM
> Anyways - I will suggest to keep these things private.

37. Dec 28, 2019 – Sent a Note to Obinna Illochonwu ( My other Boss) mentioning

about the my desire to approach EEOC(Department of Labor ). I also mentioned

about his controlling, intimidating, retaliatory and harassing behaviors to me.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

----------------------------------------------------------------------------------------------------

**Obinna Ilochonwu**
Chief Software Architect - Production (Asset, Oilfield, IoT) at Schlu...                    • • •



**Obinna Ilochonwu** · 2nd
Chief Software Architect - Production (Asset, Oilfield, IoT) at
Schlumberger

DEC 28, 2019

 **Gyan Patra** (He/Him) · 11:43 PM

**Why do you carry two phones?**

Event: Me talking to MK on Sprint deliverables in my
room. and Mr Dumb Architect walks in. Makes a joke –
show me the code. Stops there and says further – I
was joking!. But I caught it in my voice recorder.
Because conspiracy was already hatched.

CS walks in. Mr. Dumb says – why do you carry two
phones. But CS turns back and leaves immediately.

Event Time And Date: To be provided to the
Department Of Labor, Federal Govt and my lawyer(s).
Copy of that will be available via different news outlets
as well verity of other platforms.

BTW, Is this what u do for living? Just curious.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------

38. Dec 29, 2019 – Sent a Note to Chetan Desai ( VP Digital) asking for the next action

to take . Indirectly hinting expressing my desire to approach EEOC as next step. Due

to the blockage of my email address by the company my email was not delivered to

him.

---

**Need Advice On the True Story ( July 15th )**

1.

Gk Patra <gkp.sfo@gmail.com>                                    Sun, Dec 29, 2019 at 2:01 PM
To: CDesai2@slb.com

Hi Chetan:

How are you? I could not get an opportunity to meet you in person. However, kept hearing
canned info from others about the direction, etc on Digital Avatar.

I had many thoughts and ideas to make things great - unfortunately it remained unfinished.
Reasons are many - internal politics, always creating hindrances by none other than Mr.
Obi. Will be glad to share if we get a chance to meet in person.

 For the first time, I heard your voice during Q2 Demo on July 12th. And that became the
last interaction also. The team was happy to continue the momentum for Q3 by accelerat-
ing the implementation. I had been there and done that in past 10-12 years - right from
Dell, healthcare.gov for Obamacare implementation, for my own $5 Million funded
healthcare startup, and Amdocs.

This incident has made such a significant dent that I am unable to forget even after 3 and a
half months. Everything has been played to kick me out. Conspiracy, maligning my reputa-
tion with false accusations, etc.

Here is a simple incident - on which I am seeking your advice about my next steps.

**Date:** July 15, Around 9.30 AM morning.
**Context:** First sprint of the Q3 Planning meeting.
**Me:** Still on my crutches - early stages of my recovery for the major Foot surgery where 3
metatarsal bones are replaced with metal plates.
**Incident**: Obi screaming shouting at me in front of the team to which I also reacted. ( obi
has been doing that all the time before also which I have been consistently telling Clare ).
Even I was deciding to quit much before this because of his variety of humiliations. Clare is
very much aware of this. It was because of Clare - I didn't quit rather continued working
over there ignoring Obi's constant behavior. His presence in the meeting was always so
tense that - I had to remain silent all the time.

Towards the end of the meeting,  Obi asked me to follow him to his room for a reprimand
He hurried me in such a way that  - it caused severe damage to my already broken foot. I
developed severe pain and swelling which resulted in a Surgeon's visit very next day.  The
surgeon asked me for a complete rest for 2 weeks - which I kept ignoring - because I was
required at the team. I am still yet to fully recover even now.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------------

39. Dec 29, 2019 – I sent the above email to Chetan Desai via LinkedIn to inform him

    about my next steps  However, Chetan Desai blocked me and asked me "not to reach

    out to him".

40. Around Dec 29, 2019 – I forwarded the Chetan's message to Clare for records know-

    ing that the company may foul play with evidence.

41. Feb 9, 2020: I informed Maruthi Devarakonda, one of the senior members of the

    team who reports to Clare via text about the EEOC ( Department of Labor filing) and

    requested him to let this be known to Bianca ( HR Manager ), Yan ( Department

    Head ) and Clare ( My Manager ). I also advised him to be alert while working there.

---

Gyan Patra (He/Him)  12:48 AM
I didn't hear anything from you. Hope all is well. I have to sign off on the department of labor proceed-
ings. It's a govt related thing - I have to follow the procedures.

Gyan Patra (He/Him)  12:51 AM
Anyways - plz pass on the info to Clare and anybody u want. But maintain privacy.
Just don't want innocence shld not be punished.
U have been a manger. So u know the importance of this.

Gyan Patra (He/Him)  12:54 AM
I will suggest u to be alert - till this is sorted out.

---

42. On Feb 9, 2020: I sent note to Amit Lodh (Head Of Digital ) with whom I had my

    last meeting virtually on September 20, 2019 along with Clare and Obi. I explicitly

    expressed my desire to file with EEOC to exercise my rights.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---

Gyan Patra (He/Him)  4:51 AM
I am in the middle of filming a case against schlumberger. Just wanted to let you know.
With DOL.
Filming = filing. It's auto typos.

Gyan Patra (He/Him)  4:54 AM
You may be knowing the story. I was on call on Sep 20th where Obi lied about many things.

Gyan Patra (He/Him)  4:55 AM
I am the person who made all the APIs - way ahead of the need. He has no clue. Anyways. Lots of politics.
Btw - Chetan has blocked me I. LinkedIn.
This case is becoming murkier. And becoming more interesting as I am Proceeding.
Discovering unusual attitude from different people.

Gyan Patra (He/Him)  5:06 AM
Just wanted to let you know as we are connected - so that I don't get surprised when variety of cases and
media reports come out shortly.
Department of Labor (DOL), a private lawsuit and major media reports.

Gyan Patra (He/Him)  5:08 AM
Read 'I' as 'you'.

Gyan Patra (He/Him)  9:50 AM
Sorry to send you in the early morning messages.
I have to take the decision quickly about the next steps - hence thought of letting you know.

## C. Discrimination by intimidation and harassment to prevent executing my Civil Rights to file with EEOC

43. February 13, 2020: Knowing that I will be travelling to India to attend my death anniversary of my father, Sclumberger served a legal notice ( Civil Case# 20-DCV-271333 filed in Fort Bend County 400th District Court in Texas )  through its business partner Tritico Rainey PLLC which was coordinated by In-house counsel Robin Nava and his team. This was primarily to harass me and to prevent me executing my civil rights as mentioned by Roseanne and Rajat over phone during October 16, 2019.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

---------------------------------------------------------------------------------------------------------------------

44. March 2-5, 2020: I hired an employment lawyer (Ashok Bail ) to present me for the

civil case. Under his advice, we agreed to certain conditions to buy time to prepare

for the EEOC filing which was due in July 2020.

45. June-July, 2020: As the EEOC filing deadline approached, company's inhouse coun-

sel along with Tritico and Rainey PLLC tried to fabricate charges to put me in jail to

prevent me in executing my rights.

46. My Employment attorney informed about the EEOC filing to Chris Tritico ( which

Schlumberger In-house counsel was coordinating with ). But Chris Tritico, being an

criminal attorney, he ignored my employment lawyer(Ashok Bail) and started di-

rectly communicating with me. I was very scared of his attitude and the way Schlum-

berger was dealing with this incident. They sent unknown people to my home at odd

hours to create nuisance. Some of those people and their vehicles are captured in my

security camera. My wife and family members have taken few pictures using their

phones.

47. July 18, 2020: Ashok Bail Filed the Discrimination Charges with Houston EEOC

with charge#  460-2020-04973. My appeals lawyer moved to appeals court against

the judgement. However, the company ensured that I am confined to home using

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------

ankle monitor to prevent me any activities of contacting employment lawyers and

others to pursue my EEOC activity.

48.  December 2020 : The appeals court termed the lower courts judgment as "illegal

and ordered to lift all restrictions" on me.

49. February 2021: To further prevent my EEOC activities, Sclumberger along with

Tritico and Rainey PLLC brought back the same charges ( which was declared ille-

gal by appeals court ) and added few more fabricated charges to further harass me

and put me back in jail.

50. March 2021 - December 2021: Company and its partner Tritico Rainey started send-

ing spam messages to me using various social media accounts, published wrongful

defamatory messages in various social media platforms. They even engaged many

people to keep me, my family and kids under surveillance. They sent random people

to visit my home at wrong hours to issue threats and create nuisance in my neighbor-

hood. They even started following my kids to school, doctor's office, following my

wife to her work. I was very much concerned for the safety of my life as well as my

family. I kept informing my EEOC investigator about these activities. I also decided

to post few facts in social media ( LinkedIn ) in order to make people aware of the

company's nefarious activities and to alert others facing similar situation. I also

tagged the law enforcement agencies, Justice Department and Houston Police De-

partment to bring it to their attention.

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

-----------------------------------------------------------------------------------------------------------------------

Original Post:

https://www.linkedin.com/posts/gyanpatra_harassment-youthatwork-activity-6836873097887399936-b35w

#newinterns at Schlumberger be aware of the following #employment-law from EEOC about #harrassment. Also beware of #immigration #exploitation at Schlumberger by suspicious use of #inhousecounsel (Robin Nava and others ) and #lawyers associated with #drugs #violence #humantrafficking accused by #texas #authorities for #prostitution to #manipulate #employmentlaw to protect #illegal actions and #exploitation by #management. updated: as of August 27, 2021 7:59 pm CST, Mr. Robin Nava blocked this profile on LinkedIn after seeing this post. Btw - Former VP of Digital had also put a block on this profile around December 28, 2019 after a LinkedIn conversation. Schlumberger work involves everything #underground. Hence #hiding intentional #concealing is in #culture and #blood !

#fortbendcounty #houstontexas #oilfieldservices #oilandgascompanies #thisisschlumberger #digitaltwin #digitaltwins #digitaltwinsinenergy

cc: EEOC U.S. Department of Labor U.S. Department of Homeland Security
Cc: Anh Kuhn de Chizelle ( head of HR, wife of a notorious & controversial #management person known to be close to the #ceo known as #OLP), also the president of a local church in #houstontx for French people, (which raises funds to support #french #Convicts lodged in various #jails in #texas ) 17+ others including several VPs, #director, General Managers and other senior #managers Olivier Le Peuch

Note: Anh Kuhn de Chizelle has changed the visibility settings to not to be tagged ( Updated as of Nov 12, 2021 )

51. On Feb 9, 2022: I received a very disturbing social media message from Chris Tritico, ( one of the Business Partners of Sclumberger ) targeting me with " My Wife's New Best Friend is Dildo". This was in reference to a Judge. I was totally confused thinking "why I am receiving such messages from defendants counsel". Fort Bend County Judge who is handling their case is a female so as many of the court officials. My family and teenage kids were very scared to see this message coming from

Pro Se 1 (Rev. 12/16) Complaint for a civil Case

--------------------------------------------------------------------------------------------------------------------------

Schlumberger and its business partner Tritico and Rainey PLLC. Further research on

them revealed that their business partner( Tritico and Rainey PLLC) is associated

with majority of the strip clubs, nude clubs which are often accused of human traf-

ficking, drugs and other adult sex entertainment activities. This was in line with what

my other counsels and Bianca( HR) and Clare has been mentioning.

Date: Wed, Feb 9, 2022 at 8:38 AM
Subject: Chris Tritico Tweeted: How about "My wife's new best friend"
To: Gyan Patra <gpatra@gmail.com>





Pro Se 1 (Rev. 12/16) Complaint for a civil Case
--------------------------------------------------------------------------------------------------------------

## IV.   PRAYER FOR RELIEF

Wherefore, Plaintiff requests the following relief:

52. An award of damages to the Plaintiff under Title VII, including medical expenses

covering past, present and future treatments, compensatory damages and punitive

damages, in an amount not less than $75,000,000;

53. An award of litigation costs and expenses, including reasonable attorneys' fees;

54. An award for restricting Schlumberger and its former, future employees and business

partners with specific interests in the company and subsidiaries, either directly or in-

directly not to harass or engage in any predatory or intimidating practices which will

prohibit plaintiff and his family members to feel unsafe to continue their life and ca-

reer. and

55. Such other and further relief as the Court may deem just and proper.


## V.   DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable of right to a jury.


Dated: August 10, 2022


Respectfully submitted,

*Gyanendra Patra*
gpatra@gmail.com


Page 42 of 42



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/13/2022

To: Mr. Gyanendra K. Patra
5022 BIG MEADOW LANE
KATY, TX 77494
Charge No: 460-2020-04973

EEOC Representative and email:     Araceli Castillo
Investigator
araceli.castillo@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2020-04973.

On behalf of the Commission,

ARACELI    Digitally signed by
            ARACELI CASTILLO
CASTILLO   Date: 2022.05.13
           18:34:29 -05'00'    For

---

Rayford O. Irvin
District Director

Cc:
Kimberley Zidan
SCHLUMBERGER
kzidan@slb.com

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 460-2020-04973 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor

Houston, TX 77002.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

Enclosure with EEOC Notice of Closure and Rights (01/22)

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For moreinformation, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2020-04973 |

Texas Workforce Commission Civil Rights Division          and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Gyanendra Patra | 732-801-8983 | April 24, 1975 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5022 Big Meadow Ln. | Katy, TX 77494 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Schlumberger | 5001 | 281-295-5050 |

| Street Address | City, State and ZIP Code |
|---|---|
| 200 Gillingham Lane | Sugar Land, TX 77478 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Mar 2019   to   Latest: Sept. 23, 2019

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHED PARTICULARS

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

x 07/17/2022 x _____
Date     Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 07/17/2020
(month, day, year)

**JURAT WITH AFFIANT STATEMENT**

State of _Texas_

County of _Fort Bend_

☒ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], not Notary)

_____   _____
Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me

this _17_ day of _July_ _2020_ by
         Date        Month        Year

_Gyanendra Patra_
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

VY THAO DUONG
Notary ID #13221750-9
My Commission Expires
October 18, 2023

_____
Signature of Notary Public

Place Notary Seal/Stamp Above        Any Other Required Information
                                      (Residence, Expiration Date, etc.)

─────────────────────── OPTIONAL ───────────────────────

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Charge of Discrimination_

Document Date: _07/17/2020_             Number of Pages: _1_

Signer(s) Other Than Named Above: _____

©2018 National Notary Association

M1304-06 (09/19)

## GYANENDRA PATRA
## CHARGE OF DISCRIMINATION

I began working for Schlumberger as a Digital Software Architect on or about March 7, 2019. At which time, I began reporting to Clare Schoene (Caucasian American Female) and Obinna Illochonwu ("Obi" is an African Male). Clare lured me into leave my previous high paying job and asked me to start on March 7th. After joining, I realized that my boss Clare was 2 grades below me. Upon asking the reason behind this, Bianca (HR) told me that Obi was my other boss. who was very senior.

Right from the beginning of my employment at Schlumberger, I experienced racial, and sexual behavior from Clare and Obi, which Bianca (HR) condoned. After talking to Bianca, I got the impression that Schlumberger encourages different types of relationships between employees. This type of culture is quite opposite to most companies.

Within three weeks of my employment, I started experiencing Clare's manipulative methods in dealing with me. I first experienced Clare's manipulation and abuse of her authority when she treated me differently than coworkers at my level when she asked me (even being one of the senior-most persons on the team and department ) to give up my own office privilege and move to a tiny guest area to sit along with the interns and junior members. Clare said sarcastically "welcome to the world of Schlumberger. Once you are in, you have to adapt". Clare continued, "I need a lot of help from you. That's the reason I hired you. I am glad that you joined the team. I go to bed at 10:30 pm sharp and wake up in a different room. I am from California. I lead a hipster lifestyle. My husband and I are ok with it. I do my own stuff and he does his stuff. We will make out some time to go for lunch, happy hour. We will make some time for dinner. We will even plan for some weekend getaways." I was surprised by the level of personal details and her overly friendly attitude so quickly towards me. I became a little concerned of her intentions but I continued to work hard on my projects.

Gradually, I discovered that Clare was being very secretive about her meetings inside the office. I discovered this from other team members, who were joking that she had some special relationship with Obi. Obi being my other supervisor, who avoided speaking to me directly. I had attempted several times to reach out to him during my entire six month period of employment with Schlumberger. I was not able to setup a single meeting officially, except meeting him a few times in the corridor along with Clare. I wondered why Obi avoided talking to me while he spoke to others so freely. I tried several times. But never received an answer.  This impacted my work and deliverables significantly. However, Clare would say to me, "I am talking to you.  Why do you need to talk to him?" This gave me the impression that I had to approach Obi through Clare only. However, both of them being my supervisors, and I was still concerned about the lack of interaction with Obi.

1

I did request that Clare conduct team meetings, which eventually she did. During those meetings, I observed Obi and Clare flirting with each other, with inappropriate frequent touching, sitting very close to each other (like husband-wife or romantic partners). This was highly inappropriate for the office environment. Their primary topics of discussion were about Clare's husband. sex life, bicycle ride, hunting Vacation, etc. etc. This was making me and other team members uncomfortable. As I was the senior-most member on my team, I gave them the benefit of doubt and started giving them privacy during all non-official discussions. I also resisted complaining to HR or others thinking that Obi and Clare's behavior was just the culture of Schlumberger as Bianca had told me previously.

As time passed, Clare and Obi increased my workload which made it almost impossible for me to accomplish. They expected me to finish six months of work in less than two weeks! Running out of any options, I had to get information relating to work from junior members only. This made my role redundant and affected my performance. When I raised Obi's hostile behavior towards me with Clare, she started by saying - "can you work with Obi?" From that day onwards, Obi started asking Clare to leave the meetings so that he can abuse me when nobody was watching. However, I kept informing Clare about Obi's behavior both verbally and in a written manner, at least twenty times. Clare kept on maintaining silence without taking any action.

Towards the month of June 2019, I wanted to raise this issue with HR, but Clare persuaded me from doing that by saying, "Don't do that. You will be in deep trouble. Obi is very powerful. He is French speaking. He is very close to Yan." Running out of options, I remained mostly silent. However, I decided to send Clare some emails to keep a record stating, "Clare, you are loosing your credibility due to your unprofessional attitude. My work is getting affected. I am loosing sleep at home. This is not what I expected from this environment. You are completely different from what I saw during interview."

Being Overloaded with work and threats became a continuous matter of course for me at the office. However, I was receiving kudos for my deliverables from everybody in the department except Obi and Clare. Eventually, I realized that Obi's behavior towards me was how he treated Indian employees. One of the discriminatory comments he made to me was, " Do you know how to work? I thought you are a good programmer. But I don't see it. Are you just another fake Indian?" I had to remind him several times that I could not tolerate those types of shameful comments for too long. I joined as an architect which is a very senior role. Obi shouting at me in front of interns and juniors was causing significant damage to my deliverability, reputation and credibility.

Clare and Obi shared a very good rapport and were very manipulative in the way they handled me. Sometimes, Clare would be overly friendly or flirtatious towards me and other times she was very

2

cold- shouting and screaming at me. It became very difficult for me to adjust to their abusive working style. I lost sleep and it affected my family life.

After returning from India on or about April 2019, to tend to my fathers funeral, I had a severe accident and broke my leg, for which I had a major surgery. Further, the doctor advised me to be completely homebound for at least 4 months to avoid any side effects to my knee. But right from day one after the surgery, Clare started insisting on me to come to the office, knowing that I was bed ridden. Upon insisting several times, I asked my wife to take me to work several times just to have a 30-45 minute in-person chat in the parking lot with Clare. Knowing my disability situation, frequent requests from Clare and Obi to come to work for no reason made me very uncomfortable and put my recovery at risk.

Clare also required me to spend evenings working and to reach out to her with any questions during evenings when she was on-line. She even also threatened to fire me if I didn't accomplish the work. When it became unbearable, I asked Clare if I could take disability leave and requested that she transfer me to a different department. Instead of granting me that, and fearing that I would contact HR, Clare became very flirtatious and sexually suggestive towards me. I felt like Clare was trying to seduce me into doing what she wanted me to do. Clare started saying things like, "When I was young, my dad used to bring girls home. Sometimes two girls together. Me and my sister used to make fun of him saying - why do you bring wine only when you bring girls home. My husband has a smaller 3rd leg."

Because of Clare's manipulative behavior and Obi's constant bullying behavior, I started going to the office for two or three hours, with extreme difficulty, towards the end of June 2019. I was still driving my scooter for mobility. I was hurt 2 times in the office. Several times, Obi made me stand, for over ninety minutes during the meetings, intentionally when I was on crutches. Due to that, I developed pain and other complications which required me to make emergency visits to the doctor's office at least three times. I raised some of these incidents to Clare again. I also told her I needed to work from home for my physical safety.

Before going for a vacation for almost 10-15 days on or about July 4, 2019, Obi and Clare asked me to be at the office all day which I had no choice but to oblige. From August onwards Clare was extremely hostile towards me. Many times shouting and screaming at me for no reason. I decided to reduce my communication with her and kept it to minimum.

On or about the month of September 2019, I decided to discuss what was happening to me with HR and other senior executives, with the hopes that they would allow me to move to a different group or team. Realizing that I was insisting on changing teams, Clare said "You can speak to Obi or Yan. But they will not grant it. Your chances of group transfer is higher after 3-4 years. You have to wait for that or you can leave if you want." When I asked why she was asking me to leave,

Clare replied with "I am a girl, I have some needs." I took her comment to mean that she was indicating to me that she wanted to have sex with me. However, I didn't have sex with her and she wanted me out of there.

I drafted an email to Clare on or about September 10, 2019, and requested four days leave to decide upon my next move of department transfer. Fearing that the matter had reached a breaking point, Clare forwarded that email to HR. Bianca then conducted an in-person interview with me. I explained all the details including Obi's oppressive attitude, Clare's unnatural behavior etc. Some of the questions Bianca asked were: "Do you think Clare is having anything with Obi? You are not there in the office for so long. You were working from home. How is your relationship with Clare? Do you know what is the meaning of harassment?"

Upon return from my leave on or about September 23, 2019, Yan and Bianca called me into their office. They terminated my employment. Yan said " You are a very senior person. You will not have any issues in finding another job. In order to avoid any lawsuits, we are letting you go. Clare is being warned for her behavior."

The conduct of the company, outlined above, violates federal law protecting employees from discrimination. I believe that I was discriminated and subjected to different terms and conditions of employment due to my race, national origin, sex and disability and in retaliation for opposing such unlawful actions in violation of Title VII of the Civil Rights Act of 1964 *as amended* and the Americans with Disabilities Act (ADA).