UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GYANENDRA K PATRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02722 |
| | § | |
| SCHLUMBERGER TECHNOLOGY CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After considering the foregoing motion to dismiss and motion to strike filed by the defendant, Schlumberger Technology Corporation ("STC") (Dkt. No. 7);

IT IS HEREBY ORDERED that the motion to dismiss is granted, and the plaintiff's claims against STC for (1) age discrimination (2) religious discrimination, (3) disability discrimination, (4) personal injury (5) retaliatory hostile work environment, (6) quid pro quo sexual harassment/retaliation for non-tangible and non-adverse employment actions, (7) race/national origin discrimination, and (8) defamation are hereby DISMISSED. As well, the motion to strike is Granted.

It is so ORDERED.

SIGNED on May 18, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge